Case 2:22-cv-07784-RSWL-JDE Document 11 Filed 01/18/23 Page 1 of 1 Page ID #:217

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENOBIO H. HERRERA, SR.,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLZ, Warden, et al.,<br><br>Respondents. | Case No. 2:22-cv-07784-RSWL-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Petitioner's Emergency Motion Seeking Immediate Release and Termination of Sentence Under 28 U.S.C. § 2241 (Dkt. 1 "Petition") and the Report and Recommendation of the United States Magistrate Judge filed on December 1, 2022 (Dkt. 10, "Report"). Petitioner did not timely file any objection to the Report or seek additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: January 18, 2023        /S/ RONALD S.W. LEW
                               RONALD S. W. LEW
                               United States District Judge