JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENOBIO H. HERRERA, SR., | Case No. 2:22-cv-07784-RSWL-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| BRIAN BIRKHOLZ, Warden, et al., | |
| Respondents. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: January 18, 2023

　　/S/ RONALD S.W. LEW
RONALD S. W. LEW
United States District Judge